**UNITED STATES DISTRICT COURT,**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,<br><br>Plaintiff,<br>v.<br>HUDSON OUTERWEAR, INC., MAXIMA IP HOLDINGS I LLC, MAXIMA IP HOLDINGS II LLC, MAXIMA IP HOLDINGS IV LLC, MAXIMA IP HOLDINGS V LLC, MAXIMA OPERATING I LLC, MAXIMA OPERATING II LLC, MAXIMA OPERATING IV LLC, MAXIMA OPERATING V LLC, APPAREL ZOO, INC., SEX MONEY WEED, DOUBLE NEEDLE, POST GAME, INC., METROPOLIS BIG & TALL, TRADITION, LLC and JEMIK ADAMS,<br>Defendants. | **Case No. 2:16-cv-06634-CAS(PLAx)**<br><br>[PROPOSED] **ORDER DISMISSING PARTIES** |

    The Court, having reviewed the parties' Stipulation to Dismiss Parties to this action, and finding good cause therein, HEREBY ORDERS that: Plaintiff's claims against Defendants HUDSON OUTERWEAR, INC., MAXIMA IP HOLDINGS I LLC, MAXIMA IP HOLDINGS II LLC, MAXIMA IP HOLDINGS IV LLC,

MAXIMA IP HOLDINGS V LLC, MAXIMA OPERATING I LLC, MAXIMA OPERATING II LLC, MAXIMA OPERATING IV LLC, MAXIMA OPERATING V LLC, SEX MONEY WEED, DOUBLE NEEDLE, POST GAME, INC. and JEMIK ADAMS are dismissed with prejudice with each party bearing its own attorneys' fees and costs and Plaintiff's claims against METROPOLIS BIG AND TALL and TRADITION LLC are dismissed without prejudice with each party bearing its own attorneys' fees and costs.

Dated: February 9, 2018

_____
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge